AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| CHANA KUPCZYK et ano | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV12-1493 (JBW) |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 28 2014 ★
BROOKLYN OFFICE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __UNITED STATES OF AMERICA__ recover costs from the plaintiff *(name)* __CHANA and JOEL KUPCZYK__

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge __JACK B. WEINSTEIN__ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 4/22/14

CLERK OF COURT

*Signature of ~~Clerk or~~ Deputy Clerk*